**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAN 19 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

ZEMENDER T. WILLIAMS
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

C.P.D.
OFFICER KAST
OFFICER MORNIN
_____

1:18-cv-00503
Judge Robert M. Dow, Jr
Magistrate Judge Sheila M. Finnegan
PC3

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

CHECK ONE ONLY:

✓ ____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: ZEMENDER T. WILLIAMS

B. List all aliases: _____

C. Prisoner identification number: 20170823078

D. Place of present confinement: CCDOC

E. Address: 2600 S. CALIFORNIA, CHgo IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: OFFICER KAST

Title: OFFICER

Place of Employment: 11 AND STATE

B. Defendant: OFFICER MORNIN

Title: OFFICER

Place of Employment: 11 and State

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _Filed and Not Recieved_

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Arrested on Aug 21st 2017 Apox. 10pm in which I was taken into Custody at State and Jackson. I was taking to the Hospital North Western and I was kind of Drunk I was released from Hospital to C.P.D. in route to Police station the officers were mad and cuffed my wrist so tight where it stated bleeding and I felt tingling and numness, I ask the officer to loosing the cuffs and their respond was hell no Asshole. I finally Arrived at the C.P.D. Station and I telling Sgt. that the cuffs was cutting my wrist he finally put me in a holding Cell, in which I complained a hole in my lip and numness in left hand. I was Questioned the next day of my change in which my Mirandan changes was read to me in which I didn't know what changes

4

Revised 9/2007

I was charged with. Due to all of this I was given (1) Ativan 2mg and (1) Haldol 5mg. So I really felt I was violed from C.P.D. officer KAST and MORNIN, I would like for this situation be taken care of threw the Courts.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like a Law Suit to be against both C.P.D. officers

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __1__ day of __3__, 20__18__

_Zemender el illian_
(Signature of plaintiff or plaintiffs)

_Zemender Williams_
(Print name)

_201708 23078_
(I.D. Number)

_P.O Box 08900 2_
_Chigo IL 60608_

(Address)